# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOY WERNER-DEASON,**
**ADC #715501**                                                                                       **PLAINTIFF**

**V.**                    **CASE NO. 3:18-cv-140-KGB-BD**

**CRAIGHEAD COUNTY JAIL**                                                                **DEFENDANT**

## ORDER

Plaintiff Joy Werner-Deason, an inmate at the Hawkins Center for Women, Arkansas Department of Correction, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) In her complaint, Ms. Werner-Deason claims that she received constitutionally inadequate medical care while she was held at the Craighead County Jail.

There are two problems with this complaint that Ms. Werner-Deason must address by filing an amended complaint. First, the Craighead County Jail is the only Defendant named in the complaint. The Jail is not an entity that can be sued in a case such as this. In her amended complaint, Ms. Werner-Deason must identify the individuals who were personally responsible for failing to provide her with medical care. Second, Ms. Werner-Deason must explain more fully what medical condition she suffered from and state how she was harmed by a lack or delay in treatment.

Ms. Werner-Deason has thirty days to file an amended complaint. Her failure to comply with this Order could result in the dismissal of her claims. Local Rule 5.5.

IT IS SO ORDERED, this 24th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE