IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                                    PLAINTIFF

V.                                    CASE NO. 3:18-CV-140-KGB-BD

CRAIGHEAD COUNTY JAIL, *et al*.                                                    DEFENDANT

ORDER

Plaintiff Joy Werner-Deason, an inmate at the Hawkins Center for Women, Arkansas Department of Correction, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) In her complaint, Ms. Werner-Deason claims that she received constitutionally inadequate medical care when she was held at the Craighead County Jail ("County Jail"). (#1) In her amended complaint Ms. Werner-Deason identifies Black, Mitts, Bentley, Menton, Davidson, Kelly, Richardson, Siffell, Jackson, and Does as Defendants and properly excluded the County Jail as a named Defendant.[1] (#11) Accordingly, the Clerk of the Court is directed to terminate Craighead County Jail as a named Defendant and service is appropriate on Defendants Black, Mitts, Bentley, Menton, Davidson, Kelly, Richardson, Siffell, Jackson.

---

[1] Because Ms. Werner-Deason identified Does as defendants, she is reminded all defendants must be served with the complaint and a summons within 90 days of the filing of a complaint. This includes "John/Jane Doe" defendants. Any defendant who is not served within 90 days can be dismissed, without prejudice, from the lawsuit. It is Ms. Werner-Deason's responsibility to identify and serve defendants, including "Doe" defendants. Because she is proceeding IFP, the Court will order service of process on the defendants, but she is responsible for providing valid service addresses. She may send discovery requests, or use other means, to find valid service addresses for defendants.

The Clerk of Court is directed to prepare summonses for Defendants Black, Mitts, Bentley, Menton, Davidson, Kelly, Richardson, Siffell, Jackson. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#1), the amended complaint (#11), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for all the Defendants should be through the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

Ms. Werner-Deason has also filed a motion to seal, asking that all her medical records be sealed. (#9) Ms. Werner-Deason filed a lawsuit alleging inadequate medical care; therefore, she has placed her medical conditions at issue. Her medical records are necessary to determining whether her allegations are true. Accordingly, her motion to seal (#9) is DENIED.

Finally, Ms. Werner-Deason filed another motion to proceed *in forma pauperis* ("IFP"). (#10) She has already filed a motion to proceed IFP, and that motion was granted. (#2, #5) Accordingly, her current motion to proceed IFP (#10) is DENIED, as moot.

IT IS SO ORDERED, this 5th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE