**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOY WERNER-DEASON**                                                    **PLAINTIFF**

**v.**                         **Case No. 3:18-cv-00140 KGB**

**CRAIGHEAD COUNTY JAIL, et al.**                                  **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on July 2, 2018. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel for defendants Kara Black, Penny Mitts, Dr. Arthur Bentley, Hannah Hogan (Minton), and Jackson, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 30th day of November 2018.

                                        **AT THE DIRECTION OF THE COURT**
                                        **JAMES W. McCORMACK, CLERK**


                                        BY: /s/ Tracy M. Washington
                                             Courtroom Deputy to United States
                                             District Judge Kristine G. Baker