# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOY WERNER-DEASON,**
**ADC #715501**                                                          **PLAINTIFF**

V.                         CASE NO. 3:18-CV-140-JM-BD

**CRAIGHEAD COUNTY JAIL,** *et al*.                                      **DEFENDANTS**

## ORDER

On November 11, 2018, the United States Marshal served Defendants Siffell and Kelly through certified mail. (Docket entries #16, #20) As of the date of this Order, neither Defendant Siffell nor Defendant Kelly has filed an answer or other responsive pleading; and the time for responding to the complaint has expired. FED. R. CIV. P. 12(a)(1)(A)(i) (providing that a "defendant must serve an answer within 21 days after being served with the summons and complaint").

Accordingly, Defendants Siffell and Kelly have 14 days to explain why a default judgment should not be entered against them under Federal Rule of Civil Procedure 55. Defendants Siffell and Kelly are advised that the failure to timely and properly respond could result in a monetary judgment being entered against them.

The Clerk is directed to provide copies of this Order to the United States Marshal. The Marshal is directed to serve a copy of this Order to Show Cause on Defendants Siffell and Kelly through the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 4th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE