IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                                       PLAINTIFF

V.                          CASE NO. 3:18-cv-140-JM-BD

CRAIGHEAD COUNTY JAIL, *et al*.                                                    DEFENDANTS

## ORDER

Defendants have moved to set aside service of summonses for Defendants Siffell and Kelly. (Docket entry #34) For good cause, the motion (#34) is GRANTED. Service for Siffell and Kelly is set aside. If Ms. Werner-Deason seeks to proceed on her claims against these Defendants, she must provide the Court additional information regarding their identities, within 30 days, so that they may be properly served.

IT IS SO ORDERED, this 12th day of April, 2019.

_____
UNITED STATSE MAGISTRATE JUDGE