IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                                                                PLAINTIFF

V.                     CASE NO. 3:18-cv-140-JM-BD

CRAIGHEAD COUNTY JAIL, *et al*.                                     DEFENDANTS

## **ORDER**

Defendants have notified the Court that service has been executed on Jacob Saffell. (Docket entry #42) Accordingly, the Clerk of Court is instructed to file Defendant Saffell's proposed answer (#42-1) as his answer to Ms. Werner-Deason's claims against him. The Clerk also is instructed to update the docket sheet to reflect that Defendant Y. Siffell as actually Jacob Saffell.

IT IS SO ORDERED, this 29th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE