IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                PLAINTIFF

V.                    CASE NO. 3:18-CV-140-KGB-BD

CRAIGHEAD COUNTY JAIL, *et al*.                                            DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Werner-Deason's claims against Defendant Kelly are DISMISSED, without prejudice, based on her failure to comply with the Court's April 12, 2019 Order and her failure to timely serve Defendant Kelly. In addition, Ms. Werner-Deason's claims against the Doe Defendants are DISMISSED, without prejudice, because these Defendants have not been identified or served within the time allowed by the Rules of Civil Procedure. The Clerk is directed to terminate Defendant Kelly and the Does as party Defendants.

IT IS SO ORDERED, this 5th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE