IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                                              PLAINTIFF

V.                              CASE NO. 3:18-cv-140-JM-BD

CRAIGHEAD COUNTY JAIL, *et al*.                                                              DEFENDANTS

### RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Ms. Werner-Deason may file written objections to this Recommendation if she disagrees with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Ms. Werner-Deason may waive any right to appeal questions of fact.

**II.    Discussion**

Ms. Werner-Deason, formerly an inmate at the Craighead County Detention Facility, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mail sent from the Court to Ms. Werner-Deason was returned as "undeliverable" on September 23, 2019, with a notation that she had been "paroled." (#48) Plaintiffs, such as Ms. Werner-Deason, who are proceeding without the help of a

lawyer, are required to promptly notify the Court of any change in address. Local Rule 5.5(c)(2).

In a September 18, 2019 Order, the Court ordered Ms. Werner-Deason to update her address within 30 days. (#49) In that order, the Court specifically cautioned Ms. Werner-Deason that her claims could be dismissed if she failed to notify the Court of her current address within the time allowed. To date, she has failed to comply with the Court's September 18 Order.

### III. Conclusion

The Court recommends that Ms. Werner-Deason's claims be DISMISSED, without prejudice, based on her failure to comply with the September 18 Order and her failure to prosecute this lawsuit.

DATED this 21st day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE