IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                                          PLAINTIFF

V.                             CASE NO. 3:18-cv-140-JM-BD

CRAIGHEAD COUNTY JAIL, *et al*.                                                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Ms. Werner-Deason has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Ms. Werner-Deason's claims are DISMISSED, without prejudice, based on her failure to comply with the Court's September 18, 2019 Order and her failure to prosecute this lawsuit. The motion for extension of time to file dispositive motions filed by Defendants Davidson, Richardson and Saffell (ECF No. 58) is MOOT.

IT IS SO ORDERED, this 6th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE