IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY WERNER-DEASON,
ADC #715501                                                                                                            PLAINTIFF

V.               CASE NO. 3:18-cv-140-JM-BD

**CRAIGHEAD COUNTY JAIL**, *et al*.                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 6th day of November, 2019.

                                                                                                                                                                                   */s/ James M. Moody Jr.*
                                                                                            UNITED STATES DISTRICT JUDGE